Court of Criminal Appeals    79,815-01
P.O. Box 12308, Capitol Station
Austin, Texas   78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk

Mr. Abel Acosta,

Dear Sir:

I Would Like to Know how much Would it Cost. To Get: the following information.

1) Ex Parte Dennis Lee Giddings Writ of Habeas Corpus. Cause. No. 4739. In The 216th District Court.

2) In The Court of Criminal Appeals of Texas. No. WR.- 79-815-01

- Requesting the Memorandum. That was Attached. To the original Habeas Corpus 11.07.

- all affidavits. Attached to The H.C. 11.07.

Was there a Memorandum Attached.

Please Let Me know and how to Pay my Mom Will. take Care of That End for me.

Thank You.

x Dennis J Giddings 1490002
Stevenson Unit
1525 F.m. 766
Cuero Tx. 77954